AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

LARRY ALLEN WILSON,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER:   3:12-cv-00437-MMD-WGC

JACK PALMER, et al.,

      Defendant(s).

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as untimely .

    July 19, 2013                                                **LANCE S. WILSON**
                                                                    Clerk

                                                                    /s/ K. Rusin
                                                                    Deputy Clerk