AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

LARRY ALLEN WILSON,

      Plaintiff,

V.

JACK PALMER, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:12-cv-00437-MMD-WGC

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as untimely .

July 19, 2013                                                                    **LANCE S. WILSON**
                                                                                Clerk

                                                                                /s/ K. Rusin
                                                                                Deputy Clerk