UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LARRY ALLEN WILSON,<br><br>　　　　　　Petitioner,<br>　v.<br>JACK PALMER, et al.,<br><br>　　　　　　Respondents. | Case No. 3:12-cv-00437-MMD-WGC<br><br>ORDER |

　　　　Before the Court is petitioner's motion for certificate of appealability (dkt. no. 18). The Court dismissed this action because it was untimely, and the Court denied a certificate of appealability. Order (dkt. no. 14). The present motion is captioned for and filed with the court of appeals, which has forwarded a copy to this Court. To the extent that the motion for certificate of appealability is directed to this Court, the Court denies it for the reasons it gave in its earlier order (dkt. no. 14).

　　　　IT IS THEREFORE ORDERED that petitioner's motion for certificate of appealability (dkt. no. 18) is DENIED.

　　　　DATED THIS 30th day of August 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE